# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1902

_____

Norman Banks,                  *
                                    *

           Appellant,       *
                                    *     Appeal from the United States
      v.                      *     District Court for the
                                    *     Eastern District of Missouri.

Ameren UE; Armstrong Teasdale Law   *
Firm,                          *     [UNPUBLISHED]
                                    *

           Appellees.       *

_____

Submitted: November 10, 2011
Filed: November 17, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Norman Banks appeals the district court's[1] dismissal of his action seeking relief from final judgments based on alleged fraud on the court. Appellees have moved for sanctions against Banks. We conclude dismissal was proper for the reasons the district court stated. See Superior Seafoods, Inc. v. Tyson Foods, Inc., 620 F.3d 873, 878-79 (8th Cir. 2010). Accordingly, we affirm the judgment. See 8th Cir. R. 47B. We deny appellees' motion for sanctions.

_____

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.